IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :   No. 25-cr-17-AHA <br> : <br> v.  : <br> : <br> ANDRE MAURICE BONNEAU, : <br> : <br> *Defendant*. : <br> : |

### DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS

Defendant, Andre Bonneau, through his undersigned counsel, hereby notifies the Court that Mr. Bonneau *consents* to the Government's pending motion to dismiss.

Dated: January 22, 2025                Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1775 I Street, NW, Suite 1150
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Andre Bonneau*