# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 25-cr-17 |
| : | |
| **ANDRE MAURICE BONNEAU,** : | |
| : | |
| **Defendant.** : | |

## Order

The United States' motion to dismiss the indictment pursuant to Rule 48(a) with prejudice, ECF No. 19, is granted in part. The indictment is dismissed without prejudice.

Date: January 22, 2025

HONORABLE Amir H. Ali
United States District Court Judge